| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael G D'Alba  (SBN 264403)<br>Danning Gill Diamond and Kollitz<br>2029 Century Pk E 3rd Fl<br>Los Angeles, CA 90067<br>310-277-0077<br>Fax : 310-277-5735<br>Email: mgd@dgdk.com<br><br>*Attorney for Plaintiff*  David A. Gill, as Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Linda S Rincon<br><br>Debtor. | CHAPTER  7<br><br>CASE NUMBER  LA10-53405-ER<br><br>ADVERSARY NUMBER  2:11-ap-02149-ER |
|---|---|
| David A Gill<br>Plaintiff(s),<br><br>vs.<br><br>Raymond E Rincon, Jose Luis Anda, Sr. , Arlene Rincon Anda<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 06/06/2011, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 08/04/2011 | **Time:** 10:00 A.M. | **Courtroom:** 1568 | **Floor:** 15 |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 05/06/11

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____Lydia Gonzalez_____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

**F 7004-1**

Summons and Notice of Status Conference - Page 2                                    F 7004-1

| In re | (SHORT TITLE) | CASE NO.: 2:10-bk-53405-ER |
|---|---|---|
| LINDA S. RINCON | Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

A true and correct copy of the foregoing document described as  SUMMONS AND NOTICE OF STATUS
CONFERENCE [SEE ATTACHED SUPPLEMENT]                                will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 12, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 12, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2011 | Cheryl Caldwell | *Cheryl Caldwell* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                            F 7004-1

<u>Summons and Notice of Status Conference – Supplement</u>
<u>David A. Gill v. Raymond E. Rincon, et al.</u> – Adv. No. 2:11-ap-02149-ER

II.    <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):  On <u>May 12, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy (**<u>see documents described below</u>**) thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Documents Served</u>:
1. Summons and Notice of Status Conference
2. Complaint for Declaratory Judgment Authorizing Trustee to Sell Entirety of Real Property, Including Interests of Co-Owners, Pursuant to 11 U.S.C. Section 363(h); and For Turnover
3. Notice of Required Compliance with Local Bankruptcy Rule 7026-1
4. Scheduling Order Re: Status Conference
5. Order Re: Courtroom Procedures

II.    <u>Served By U.S. Mail</u>

<u>Defendants</u>
Raymond E. Rincon
2031 Willowbrook Lane
Perris, CA 02571

Jose Luis Anda, Sr.
8833 Isora Street
Pico Rivera, CA 90660-1637

Arlene Rincon Anda
8833 Isora Street
Pico Rivera, CA 90660-1637

<u>Debtor</u>
Linda S. Rincon
8833 Isora Street
Pico Rivera, CA 90660-1637

<u>Attorney for Debtor</u>
Ingrid M Causey
Law Office of Ingrid Causey
818 N Mountain Ave., Ste. 116
Upland, CA 91786

Hon. Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

369608.01 [XP] 1053405A